2/18/2015 1:39 PM SR

## CAUSE NO. 25545

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE 6ᵀᴴ JUDICIAL** |
| | § | **DISTRICT COURT** |
| **VS.** | § | |
| | § | |
| **ERICA LYNN FULLER** | § | **LAMAR COUNTY, TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/19/2015 2:09:07 PM
DEBBIE AUTREY
Clerk

## STATE'S NOTICE OF APPEAL

COMES NOW, the State of Texas, by and through its duly elected County Attorney, in the above styled and numbered cause, pursuant to Tex. Code Crim. Proc. Art. 44.01(a), and gives its written Notice of Appeal on a Judgment Notwithstanding the Verdict in this cause and would respectfully show as follows:

### I.

On December 12, 2013, the Defendant was indicted for the offense of Theft of Property More than $1500 but less than $20,000 from Elderly Individual.

### II.

On January 27, 2015, a jury trial was held. On January 29, 2015, the jury panel found the Defendant guilty of the charge of Theft of Property More than $1500 but Less than $20,000 from Elderly Individual.

### III.

On January 29, 2015, Defendant's attorney, James Rodgers, made a Motion for to the Judge for JNOV. Judge Clifford granted said Judgment Notwithstanding the Verdict.

### IV.

Pursuant to Tex. Code Crim. Proc. Art. 44.01(a)(3) the State of Texas is permitted to appeal an order that "grants a new trial."

WHEREFORE, PREMISES CONSIDERED, the State of Texas respectfully prays that this Notice of Appeal be entered of record.

Respectfully submitted,

_____
Gary D. Young
County Attorney
Lamar County, Texas
SBN 00785298

## VERIFICATION

STATE OF TEXAS         §

COUNTY OF LAMAR     §

BEFORE ME, the undersigned Notary Public, on this day personally appeared the undersigned, who being by me duly sworn on his oath deposed and said that he is the County Attorney for Lamar County, Texas, duly qualified and authorized in all respects to make this affidavit; that he has read the above and foregoing State's Notice of Appeal; and that every statement contained in the Notice is within his knowledge and true and correct.

_____
Gary D. Young

SUBSCRIBED AND SWORN TO BEFORE ME on the 17th day of February, 2015 ,to certify which witness my hand and official seal.

_____
Notary Public, State of Texas

PAM BULL
Notary Public, State of Texas
My Commission Expires
July 24, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2015, a true and correct copy of this *State's Notice of Appeal* was faxed to James Rodgers, attorney of record for the Defendant.

_____
Gary D. Young
County Attorney